IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CREIGHTON SAINT JOSEPH REGIONAL HEALTHCARE, LLC d/b/a SAINT JOSEPH HOSPITAL-CREIGHTON UNIVERSITY MEDICAL CENTER,** | ) ) ) ) ) | CASE NO. 8:09CV114 |
| **Plaintiff,** | ) ) ) | ORDER ON REMAND |
| v. | ) ) | |
| **SIMMONDS RESTAURANT MANAGEMENT, INC.; and SIMMONDS RESTAURANT MANAGEMENT, INC. EMPLOYEE BENEFIT PLAN,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

For the reasons stated in the Court's Memorandum and Order of this same date, this Court lacks subject matter jurisdiction in this case and the case is remanded to the District Court of Douglas County, Nebraska, for further proceedings.

Dated this 16th day of December, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Court